IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
HERMAN RICHARD CORLEY,     )
JR.,                       )
                           )
    Plaintiff,             )
                           )    CIVIL ACTION NO.
    v.                     )      2:15cv165-MHT
                           )          (WO)
PRENTISS GRIFFITH          )
DETENTION CENTER,          )
et al.,                    )
                           )
    Defendants.            )
```

OPINION AND ORDER

This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the motion for preliminary injunction be denied. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that magistrate judge's recommendation should be adopted.

Accordingly, it is ORDERED that:

(1) The recommendation of the United States Magistrate Judge (doc. no. 4) is adopted.

(2) Plaintiff's motion for preliminary injunction (doc. no. 1-3) is denied.

(3) This case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 5th day of May, 2015.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**